UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                )
ADAMS, ZACHARY ASHER                  )      BANKRUPTCY CASE 08-12189
ADAMS, TASHA MONIQUE                  )      Chapter 7
                                      )
        DEBTORS.                      )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Merchants Retail Credit Association, Inc.<br>P.O. Box 11285<br>Fort Wayne, IN  46857 | $2.78 |
| Claim #4 | Lutheran Hospital<br>2123 Lincolnway Court<br>Fort Wayne, IN  46819 | $4.07 |
| Claim #8 | Preferred Anesthesia Consultants<br>Snow & Sauerteig, LLP<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $4.08 |
| Claim #10 | RediMed<br>Snow & Sauerteig, LLP<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $4.64 |
| Claim #11 | RediMed<br>Snow & Sauerteig, LLP<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $3.04 |

Total Check Amount =  $18.61

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of April 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee